CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
Tel: (858) 375-7385; Fax:(888) 422-5191
phylg@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**, <br><br> Plaintiff, <br><br> v. <br><br> **County of Los Angeles;** and Does 1-10, Inclusive, <br><br> Defendants. | Case No. 2:19-cv-01077-GW-KS <br><br> **Notice of Withdrawal of Plaintiff's Motion for Leave Allowing Plaintiff to File a First Amended Complaint** |

Notice of Withdrawal of Plaintiff's Motion for Leave
Allowing Plaintiff to File a First Amended Complaint

1  TO THE HONORABLE COURT AND ALL PARTIES OF
2  RECORDS AND THEIR COUNSEL:
3      PLEASE TAKE NOTICE that Plaintiff hereby withdraws his Motion
4  for Leave to File a First Amended Complaint (Doc. 15, filed July 15, 2019)
5  set for hearing on August 12, 2019.
6      Plaintiff makes this withdrawal as Defendant County of Los Angeles
7  has since stipulated to the filing of Plaintiff's First Amended Complaint,
8  rendering the motion moot. Accordingly, Plaintiff respectfully requests that
9  his motion be removed from the Court's docket, and that the August 12, 2019,
10 hearing date be vacated.

Dated: July 16, 2019        CENTER FOR DISABILITY ACCES

                              By: /s/ Elliott Montgomery
                                  Elliott Montgomery, Esq.
                                  Attorneys for Plaintiff