CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

Mary C. Wickham, County Counsel
Tiana J. Murillo, Assistant County Counsel
Keever Rhodes Muir, Deputy County Counsel
(SBN 216201) • Kmuir@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1818
Fax: (213) 613-4751

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Antonio Fernandez**,

Plaintiff,

v.

**County of Los Angeles**; and Does 1-10, Inclusive,

Defendant.

Case: 2:19-cv-01077-GW-KS

**NOTICE OF SETTLEMENT**

L.R. 16-15.7

TO THE HONORABLE COURT:

In accordance with Local Rule 16-15.7 and the February 21, 2020 directive of Magistrate Judge Karen Stevenson (Doc. 71), Plaintiff reports that the parties have reached a settlement via settlement conference in the above captioned matter.

The parties intend to execute a formal written settlement agreement consistent with the terms recited on the record, and respectfully request a period of ninety days within which to finalize such an agreement and file a joint stipulation for dismissal.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 28, 2020 CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: February 28, 2020 OFFICE OF COUNTY COUNSEL

By: /s/ Keever Rhodes Muir
Keever Rhodes Muir
Attorneys for Defendant