1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com
   Attorneys for Plaintiff
6
   MARY C. WICKHAM, County Counsel
7  TIANA J. MURILLO, Assistant County Counsel
   KEEVER RHODES MUIR, Deputy County Counsel
8  (SBN 216201) • Kmuir@counsel.lacounty.gov
   648 Kenneth Hahn Hall of Administration
9  500 West Temple Street
   Los Angeles, California 90012-2713
10 Telephone: (213) 974-1818 · Fax: (213) 613-4751
   Attorneys for Defendant
11 County of Los Angeles

12

13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA

15 ANTONIO FERNANDEZ,                 )   Case No.: 2:19-CV-01077-GW-KS
                                      )
16        Plaintiff,                  )   **JOINT STIPULATION FOR**
                                      )   **DISMISSAL PURSUANT TO**
17    v.                              )   **F.R.C.P. 41 (a)(1)(A)(ii)**
                                      )
18 COUNTY OF LOS ANGELES; and Does 1- )
   10, Inclusive,                     )
19                                    )
          Defendants.                 )
20                                    )
                                      )
21

22

23

24

25

26

27

28

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 29, 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: May 29, 2020

By: /s/ Keever Rhodes Muir
Keever Rhodes Muir
(Deputy County Counsel)
Attorneys for Defendant
County of Los Angeles

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Keever Rhodes Muir, counsel for County of Los Angeles, and that I have obtained authorization to affix her electronic signature to this document.

Dated: May 29, 2020　　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　Attorneys for Plaintiff